UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| RAYMOND M. BELL,<br><br>                    Petitioner,<br><br>vs.<br><br>STATE OF WASHINGTON,<br><br>                    Respondent. | No. CV-13-0142-JTR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION |

Magistrate Judge Imbrogno filed a Report and Recommendation on August 30, 2013, recommending Mr. Bell's habeas corpus petition be dismissed without prejudice. There being no objections, the Court **ADOPTS** the Report and Recommendation. The Petition is **DISMISSED WITHOUT PREJUDICE** to Petitioner seeking appropriate remedies.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner at his last known address and close the file.

**DATED** this 25th day of September 2013.

   *s/ Rosanna Malouf Peterson*
   ROSANNA MALOUF PETERSON
   Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING PETITION -- 1