AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

| | |
|---|---|
| RAYMOND M. BELL, <br> *Plaintiff* <br> v. <br><br> STATE OF WASHINGTON, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br><br> Civil Action No.  CV-13-0142-JTR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

✔  other:   the Petition is DISMISSED WITHOUT PREJUDICE to Petitioner seeking appropriate remedies.


This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

❏  decided by Judge _____ on a motion for


Date:   September 25, 2013  

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Sheila Parpolia
_____
*(By) Deputy Clerk*

Sheila Parpolia
_____